**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                     Crim. No. 24-434 JB

**JAREMY ALEXANDER SMITH**,

     Defendant.

### UNITED STATES' NOTICE OF INTENT NOT TO SEEK DEATH PENALTY

     The United States of America, by and through United States Attorney Alexander M.M. Uballez, and Jack Burkhead and Paul Mysliwiec, Assistant United States Attorneys, notifies the Court and the defendant that the United States will not seek the death penalty against defendant Jaremy Alexander Smith.

                                    Respectfully submitted,

                                    ALEXANDER M.M. UBALLEZ
                                    United States Attorney

                                    */s/*
                                    Jack Burkhead
                                    Paul Mysliwiec
                                    Assistant United States Attorneys
                                    201 3rd St. NW, Suite 900
                                    Albuquerque, NM 87102
                                    (505) 224-1413

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused defense counsel, to be served by electronic means, as reflected on the Notice of Electronic Filing as indicated therein on August 14, 2024.

*/s/*
Jack E. Burkhead
Assistant United States Attorney

1