IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                                                                      No. CR 24-0434 JB

JAREMY ALEXANDER SMITH,

    Defendant.

## ORDER DESIGNATING CASE AS COMPLEX

**THIS MATTER** having come before the Court upon the United States' unopposed motion to declare the above-captioned case complex, the Court hereby

**FINDS** that the case is of such a complex nature due to the volume of discovery that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act, 18 U.S.C. § 3161. The Court further

**FINDS** that the defendant concurred in the United States' motion and agreed to waive time limits of the Speedy Trial Act.

**IT IS THEREFORE ORDERED** that this case be declared complex and the time limits of the Speedy Trial Act are tolled, pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii).

_____
UNITED STATES DISTRICT JUDGE

1