# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

### Clerk's Minutes
### Before the Honorable James O. Browning

**CASE NO.**      CR 24-0434 JB          **DATE:** 8/28/2024

**TITLE:**      *United States of America v. Jaremy Alexander Smith*

**COURTROOM CLERK:** L. Rotonda          **COURT REPORTER:**    A. Lynch

**COURT IN SESSION:**   9:59 AM          **TOTAL TIME:** 0:21

**TYPE OF PROCEEDING:** STATUS CONFERENCE/SCHEDULING CONFERENCE

**COURT RULING/DISPOSITION:**          SEE BELOW

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**      **ATTORNEYS PRESENT FOR DEFENDANT(S):**
 Paul Mysliwiec                              Daniel Snyder

**PROCEEDINGS:**

**COURT IN SESSION: 9:59 AM**

**COURT:**  CALLS CASE, COUNSEL ENTER APPEARANCES.

NOTES THAT MATTER IS BEFORE THE COURT ON PARTIES' REQUEST THAT THE COURT SET A STATUS CONFERENCE.

**MR. MYSLIWIEC:**  INDICATES THAT REASON FOR PARTIES' REQUEST WAS FORTHCOMING REQUEST FOR LENGTHY DEADLINES, AND TO APPRISE COURT OF POTENTIAL DEFENSE AND CORRESPONDING ABILITY OF GOVERNMENT TO SEEK FURTHER EVALUATION.

**COURT:**  QUERIES MR. SNYDER REGARDING SOURCE OF EVALUATIONS AND RECORDS TO PRESENT POINT, COUNSEL'S POSITION AS TO POSSIBILITY THAT DEFENDANT BE TRANSPORTED TO BOP FACILITY FOR EVALUATION.

**MR. SNYDER:**  RESPONDS TO COURT'S QUERIES.

**MR. MYSLIWIEC:**  ADDRESSES COURT REGARDING SAME.

REVIEWS ADDITIONAL DATES PARTIES INTEND TO PUT FORTH VIA FORTHCOMING PROPOSED SCHEDULING ORDER.

COURT:  NOTES THAT EVEN WHEN A CASE IS DESIGNATED AS COMPLEX, COURT WILL WANT PARTIES TO JUSTIFY REQUESTED DEADLINES AND EXTENSIONS UNDER APPLICABLE CASE LAW, QUERIES MR. MYSLIWIEC AS TO WHETHER HE BELIEVES THAT PARTIES CAN JUSTIFY REQUEST PURSUANT TO SAME.

MR. MYSLIWIEC:  INDICATES THINKS THAT PARTIES CAN DO SO.

MR. SNYDER:  PROVIDES FURTHER CLARIFICATION REGARDING DEFENSES COUNSEL ARE CONSIDERING.

COURT:  QUERIES MR. SNYDER REGARDING INFREQUENT USE OF 12.2 EVIDENCE.

MR. SNYDER:  RESPONDS TO COURT'S QUERIES.

MR. MYSLIWIEC:  REFERENCES OPINION WRITTEN BY JUDGE RIGGS REGARDING MECHANICS OF DEFENSE.

MR. SNYDER:  CONFIRMS WILL FILE MOTION BY NEXT WEEK.

COURT IN RECESS:  10:20 AM