IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                                         No. 1:24-cr-00434-JB

JERAMY ALEXANDER SMITH,

      Defendant.

## NOTICE OF WITHDRAW

Assistant Federal Public Defender, Hadley Brown, hereby notifies the Court of her withdrawal as co-counsel for defendant, Jeramy Alexander Smith. Assistant Federal Public Defenders Devon M. Fooks and Daniel B. Snyder will remain attorneys of record.

                                                    Respectfully submitted,

                                                    FEDERAL PUBLIC DEFENDER
                                                    111 Lomas NW, Suite 501
                                                    Albuquerque, NM 87102
                                                    (505) 346-2489
                                                    Fax:  (505) 346-2494
                                                    Email:  Hadley_brown@fd.org

                                                    *Filed electronically September 13, 2024*
                                                    */s/* Hadley Brown
                                                    Assistant Federal Public Defender
                                                    Attorney for Defendant