FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 4 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIM. NO. 24-cr-434 JB |
| | ) | |
| vs. | ) | |
| | ) | |
| **JAREMY ALEXANDER SMITH,** | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Trial will commence in this matter on Monday, September 22, 2025, at 9:00 a.m. The following deadlines shall govern pretrial proceedings:

1. Any notice pursuant to Federal Rule of Criminal Procedure 12.2 shall be filed by **January 31, 2025**.

2. Expert disclosures under Federal Rule of Criminal Procedure 16(a)(1)(G) and (b)(1)(C) shall be filed by **June 6, 2025**.

3. The parties shall file their pretrial motions (including *Daubert* motions) on or before **July 7, 2025**; oppositions shall be filed on or before **July 21, 2025**; and replies shall be filed on or before **August 1, 2025**.

4. The United States shall notify Defendant of its intention to introduce any Rule 404(b) evidence not already disclosed on or before **August 8, 2025**.

5. Motions in limine shall be filed no later than **August 15, 2025**; oppositions shall be filed on or before **August 22, 2025**; and replies shall be filed on or before **August 29, 2025**.

1

6. The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief on or before **August 15, 2025**.

7. The parties shall submit proposed jury instructions on or before **August 15, 2025**.

8. No later than two weeks before trial, the parties shall file their exhibit lists, witness lists, and proposed voir dire.

9. No later than two weeks before trial, the United States shall disclose to the defendant any *Giglio* and *Brady* material not already disclosed.

10. Upon the request of the United States, the defendant shall permit the government to promptly inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items if the item is within the defendant's possession, custody, or control; and the defendant intends to use the item in the defendant's case-in-chief at trial.

6. Counsel shall appear on August 12, 2025, at 8:30 am, for a hearing on pretrial motions, if necessary.

7. In addition, counsel shall appear on August 19, 2025, at 8:30 am, for a Pretrial Conference.

_____
HONORABLE JAMES O. BROWNING
United States District Judge