IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.:   24-CR-0434-JB |
| ) | |
| vs. ) | |
| ) | |
| **JAREMY ALEXANDER SMITH**, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' NOTICE OF LODGING OF EXHIBITS

The United States of America notifies this Court and opposing counsel that on March 5, 2025, it lodged with the United States District Court Clerk a flash drive containing Exhibits 1 and 2, consisting of video clips referenced in the Government's Sentencing Memorandum.

The exhibits have been previously produced to counsel for the Defendant via the Secure Files Sharing Protocol (USAfx).

HOLLAND S. KASTRIN
Acting United States Attorney

*Filed on March 5, 2025*
Jack E. Burkhead
Assistant United States Attorney
Albuquerque, New Mexico 87102
(505) 346-7274

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of March, 2025, I filed the foregoing electronically through the CM/ECF system, which caused opposing counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

*/s/ Filed on March 5, 2025*
Jack E. Burkhead